# EXHIBIT "J"

```
 1                UNITED STATES DISTRICT COURT
 2       NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
 3
 4
 5   STEVEN ROTHSTEIN,              )
                                    )
 6                                  )
              Plaintiff,            )
 7                                  )
         VS.                        )    CASE NO.
 8                                  )    2009-cv-2770
     AMERICAN AIRLINES, INCORPORATED,)
 9                                  )
                                    )
10            Defendants.           )
                                    )
11   _____)
12
13
14
15       VIDEOTAPED DEPOSITION OF KENNETH ROTHSTEIN
16                LOS ANGELES, CALIFORNIA
17                MONDAY, AUGUST 9, 2010
18
19
20
21
22
23   REPORTED BY:              R. LEONARD CSR, INC.
     R. JERROD JONES            CERTIFIED SHORTHAND REPORTERS
24   CSR NO. 11750              4142 MEADOW RIDGE PLACE
                                ENCINO, CA  91436
25                              (818) 995-2449
                                FILE NO.:  35486
```

Case: 1:09-cv-02770 Document #: 61-10 Filed: 11/19/10 Page 3 of 10 PageID #:625

Deposition of Kenneth Rothstein                                    Rothstein vs. American Airlines

1   Q.   Did you have occasion to travel on the
2   same flights as Steven when he was traveling on an
3   air pass, but maybe you were traveling on either your
4   own paid ticket or Advantage miles?
5   A.   I don't know if I could even make that
6   distinction.  That would be hard.  I recall traveling
7   with my brother on his air pass, but I don't recall
8   when I might have been traveling under mileage or a
9   ticket of my own.
10  Q.   Okay.  Over the years, did the number of
11  flights generally stay about the same, say, on an
12  annual basis, or did they go up over time or diminish
13  over the years?
14  A.   I think honestly it fluctuated.  And
15  that's why it's hard for me to say how many times I
16  actually or accurately could identify.
17  Q.   Do you remember any occasions where
18  Steven -- where you had planned to travel with Steven
19  but ended up canceling a trip?
20  A.   Well, yeah.  That did happen on several
21  occasions.
22  Q.   When you say "several occasions," would
23  that be -- would that be more often that you flew
24  with your brother or less often or about the same?
25  A.   It might even -- it might be even more

Case: 1:09-cv-02770 Document #: 61-10 Filed: 11/19/10 Page 4 of 10 PageID #:626

Deposition of Kenneth Rothstein | Rothstein vs. American Airlines

1  often because he often wanted me to travel with him.
2  And so he would extend the offer or invitation. And
3  I would become excited about the prospect. But
4  unfortunately, because of my work and my own
5  obligations, I often was unable -- I would agree, and
6  then I wouldn't be able to come through. So, you
7  know, I kind of let him down a few times. But I --
8  it's hard to say, again, how many times. But that
9  did, indeed, happen.
10     Q.   Are there other members of your immediate
11  family that flew with Steven?
12     A.   Yes.
13     Q.   And who would have flown in your immediate
14  family with him?
15     A.   Well, I'm going to be far less able to
16  talk about them, since I'm barely able to remember my
17  own situation. I hardly kept track of when my family
18  members traveled with Steven, but I'm sure that they
19  did.
20     Q.   Did you have children that traveled with
21  him, or are we talking brothers and sisters?
22     A.   No, a brother for starters, a younger
23  brother.
24     Q.   Is that Jeffrey?
25     A.   Yes.

Case: 1:09-cv-02770 Document #: 61-10 Filed: 11/19/10 Page 5 of 10 PageID #:627

Deposition of Kenneth Rothstein                     Rothstein vs. American Airlines

1  than once. Because he would often ask me to fly with
2  him, you know. London was one destination that we
3  often or at least occasionally discussed. And then
4  I --
5      Q.   Do you recall speaking with him shortly
6  thereafter? Again, I hate to put the dates in, but
7  I've got to get it on the record here.
8      A.   No, I understand.
9      Q.   Do you recall talking with him about
10 traveling from Los Angeles to Narita -- meaning
11 Tokyo, Japan -- on or about April 13th, 2007 and
12 returning to O'Hare on April 16th?
13     A.   It is possible. I have to say, that's
14 another destination that he encouraged me to fly with
15 him to.
16     Q.   Do you remember a situation where -- where
17 you had indicated that you would go to London
18 Heathrow with him?
19     A.   Yes.
20     Q.   And that you'd cancelled for one reason or
21 another?
22     A.   Yeah. This happened more than once where
23 I would agree to fly with him to London, for example,
24 and then just, you know, my other obligations and
25 commitments and work burdens -- other burdens would

Case: 1:09-cv-02770 Document #: 61-10 Filed: 11/19/10 Page 6 of 10 PageID #:628

Deposition of Kenneth Rothstein                              Rothstein vs. American Airlines

```
 1   get in the way.  And I would feel badly, you know,
 2   because I was letting him down and would have to
 3   decline at the last minute or whatever.
 4        Q.   Do you remember -- do you remember the
 5   specific situation where there was a -- where you had
 6   planned or he had planned a trip for the two of you
 7   to go to London Heathrow, and for some reason or
 8   another, he made reservations to travel to Japan
 9   shortly thereafter, you know, on the same dates?
10        A.   I don't know.  That I don't know about.
11        Q.   You don't remember there being any
12   situation where you had agreed to go to London with
13   him, and for some reason or another he or you changed
14   your plans to go to Japan instead?
15        A.   Well, that also sounds like a scenario
16   that may have occurred in which -- again, I can't
17   apply a date to it -- in which he had talked about
18   going to one destination and then decided for a
19   work-related opportunity or something of that nature
20   that, you know, he would like to fly elsewhere and
21   would ask me to consider doing that.
22        Q.   Okay.
23        A.   So that I would still spend time with him
24   and enjoy traveling with him to another destination.
25        Q.   Do you recall traveling with Steven to
```

Case: 1:09-cv-02770 Document #: 61-10 Filed: 11/19/10 Page 7 of 10 PageID #:629

Deposition of Kenneth Rothstein    Rothstein vs. American Airlines

```
 1  either London or Tokyo in April of 2007?
 2       A.   I cannot recall doing that trip at that
 3  time because, again, the dates to me are very hard to
 4  nail down.  I just --
 5       Q.   Okay.
 6       A.   I can't say yes to something I can't
 7  recall.
 8       Q.   Did -- did you ever travel to Tokyo with
 9  him?
10       A.   No.  Ultimately I did not travel to Tokyo,
11  although I agreed on numerous occasions to travel
12  with him.
13       Q.   Did you travel -- did you ever remember
14  traveling to London with him?
15       A.   Yes, I believe we have traveled to London.
16  I cannot tell you when.  I honestly cannot remember
17  dates here.
18       Q.   When -- when you -- when Steve would
19  invite you to travel to an exotic location, such as
20  Tokyo, or somewhat less exotic of London Heathrow,
21  how would it normally work?  Would he say, hey, I'm
22  going on such and such a date, would you like to go
23  with me?  For example.
24       A.   Yeah, something like that.
25       Q.   Was it your understanding that then he
```

Case: 1:09-cv-02770 Document #: 61-10 Filed: 11/19/10 Page 8 of 10 PageID #:630

Deposition of Kenneth Rothstein						Rothstein vs. American Airlines

```
 1   would make a reservation for you, or was it your
 2   understanding that he had already made plans with
 3   American to bring you along?
 4        A.   No.  He would, I believe, check with me or
 5   ask me if I was willing to go and enthusiastic about
 6   it and able to go.  And then he would, I believe,
 7   book a reservation for both of us.
 8        Q.   And then sometime thereafter, if the -- if
 9   the plans changed, you would advise him?
10        A.   Yeah.  One way or another, he would check
11   in with me as we were getting closer to the travel
12   date or the actual, you know, flight itself.  You
13   know, I admit that on several occasions I had to
14   disappoint him and decline at the last minute.
15             I think, you know, often it sounded like
16   it would work.  And I know how much it meant to both
17   of us to be together and have that quality time.
18   But, you know, where he may have had a business
19   opportunity or other situation in mind, I had
20   commitments that forced me to decline without a lot
21   of notice, I'm afraid.
22        Q.   I'm just -- just to -- very generally,
23   Mr. Rothstein, what is the nature of your business?
24        A.   Well, I, for one thing, have a private
25   concierge business that provides services to a
```

Case: 1:09-cv-02770 Document #: 61-10 Filed: 11/19/10 Page 9 of 10 PageID #:631

Deposition of Kenneth Rothstein	Rothstein vs. American Airlines

```
 1   would have discussed and planned and even booked.
 2       Q.   In your experience -- strike that.  Let me
 3   start over.
 4            Did your brother ever indicate that he
 5   would make the reservation for two of you to travel
 6   with the intention that if you couldn't, he would
 7   find someone else to go with?
 8       A.   That I don't recall.  I can't -- I can't
 9   imagine -- I don't even remember him saying such a
10   thing.  The intention was to have me travel with him.
11   Now, whether -- that doesn't mean that he didn't
12   travel with somebody else.  But our conversations
13   were mainly located on my traveling with my brother.
14       Q.   Okay.  Mr. Rothstein, do you have an
15   American Airlines Advantage account?
16       A.   I do.
17       Q.   Do you know what your Advantage number is,
18   meaning the number of your account?
19       A.   Not offhand.
20       Q.   Did you ever -- in your dealings with your
21   brother, did you ever have occasion to give your
22   brother your Advantage account number?
23       A.   I -- I can't recall.  I honestly cannot
24   recall.
25       Q.   Did he ever ask you for your Advantage
```

Case: 1:09-cv-02770 Document #: 61-10 Filed: 11/19/10 Page 10 of 10 PageID #:632

Deposition of Kenneth Rothstein                                    Rothstein vs. American Airlines

```
 1    or letters from American Airlines asking about the
 2    reservations that had been made in your name?
 3         A.   Never.
 4         Q.   Do you have any reason to believe that
 5    Steven Rothstein made reservations in your name
 6    without actually intending to bring you along as his
 7    companion on the air pass?
 8         A.   Never.
 9              MR. SOTER:  That's all I have.
10              MR. SUSINA:  Well, Mr. Rothstein, you have
11    the right to review the transcript for typographical
12    or other others, or you may waive that right.
13              MR. SOTER:  We want to reserve.
14              MR. SUSINA:  Okay.
15              MR. SOTER:  How shall we handle the
16    deposition?  Should we send it directly to
17    Mr. Rothstein at his Denver home?  Perhaps just an
18    electric copy will do?
19              THE WITNESS:  Yes.
20              MR. SOTER:  And then just send the hard
21    copy to Mr. Soter's office.  I'll maintain the
22    original.
23              Is that okay with you, Mr. Susina?
24              MR. SUSINA:  Okay.  That's fine.
25              MR. SOTER:  All right.  And we'll
```