IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN ROTHSTEIN, ) ) ) *Plaintiff*, ) ) vs. ) ) AMERICAN AIRLINES, INC., ) ) ) *Defendant*. ) | Case No. 2009-cv-2770 Judge Kendall Magistrate Judge Valdez |

**SUPPLEMENTAL DECLARATION OF GARY SOTER**

Daniel Cummings
ROTHSCHILD, BARRY & MYERS LLP
55 West Monroe Street, Suite 3900
Chicago, Illinois 60603
Telephone: (312) 372-2345

Law Offices of Gary S. Soter
Gary S. Soter
21900 Burbank Blvd. Suite 300
Woodland Hills, California 91367
Telephone: (818) 992-2922

## SUPPLEMENTAL DECLARATION OF GARY SOTER

Gary Soter declares:

1. I am one of the attorneys for Plaintiff Steven Rothstein, admitted pro hac vice to represent him in this litigation. I have personal knowledge of the facts stated in this Declaration. If called as a witness I could and would competently testify to the matters stated herein

2. Attached hereto as Exhibit 31 is a true and correct copy of American Airlines' Answers to First Set of Interrogatories. Interrogatory No. 1 asked American to "identify each and every incident by date and flight number, in which American Airlines contends that Plaintiff made fraudulent use of his AAirpass." In response American identified 15 flights between February 20, 2006 and December, 2008.

3. Attached hereto as Exhibit 32 are true and correct copies of excerpts from the Deposition transcript of Plaintiff Steven A. Rothstein concerning the termination provisions of paragraph 17c which are referenced in Plaintiff's Memorandum of Law in Opposition to American's Motion for Summary Judgment.

4. Attached hereto as Exhibit 33 are true and correct copies of excerpts from the Deposition of Bridget Cade who was produced by American Airlines in response to Plaintiff's 30(b)(6) notice of deposition of American Airlines (Plaintiff's Motion for Interlocutory Summary Judgment, Exhibit 1)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 17, 2010, at Woodland Hills, California

/s/ _____
Gary Soter

## CERTIFICATE OF SERVICE

I, Gary S. Soter, hereby certify that on December 17, 2010, 2010, I caused the foregoing Supplemental Declaration of Gary Soter to be filed with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system which sent notification of such filing to counsel of record who are all CM/ECF participants.

                        By:/s/      Gary S. Soter
                            Law Offices of Gary S. Soter
                            Gary S. Soter
                            21900 Burbank Blvd. Suite 300
                            Woodland Hills, California 91367
                            Telephone: (818) 992-2922