**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STEVEN ROTHSTEIN, | ) | |
| | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 2009-cv-2770 |
| vs. | ) | |
| | ) | Judge Kendall |
| AMERICAN AIRLINES, INC., | ) | Magistrate Judge Valdez |
| | ) | |
| | ) | |
| *Defendant*. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Defendant/Counter-Plaintiff, AMERICAN AIRLINES, INC. ("American") and Plaintiff/Counter-Defendant, STEVEN ROTHSTEIN ("Rothstein"), by their respective attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of American's counterclaims with prejudice subject to the terms below and state as follows:

1.	On March 10, 2009, Rothstein filed his one-count complaint for breach of contract in the Circuit Court of Cook County, Illinois against American. American later removed the action to the United States District Court for the Northern District of Illinois, Eastern Division, based on the existence of diversity jurisdiction. On February 3, 2011, American answered the complaint and filed a three-count counterclaim against Rothstein seeking damages based upon theories of common law fraud, breach of contract, and tortious interference with business expectancy.

2. On June 30, 2011, this Court entered summary judgment in American's favor on Rothstein's breach of contract claim [Doc. 65 and 95], which left remaining only American's counterclaims against Rothstein.

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Rothstein and American hereby stipulate to the dismissal of American's counterclaims against Rothstein with prejudice. Rothstein and American further stipulate that each party shall bear their own attorney's fees and costs.

4. The parties further stipulate that the dismissal of American's counterclaims with prejudice is intended by them to fully and finally resolve American's counterclaims only. The parties stipulate, agree, and understand that the dismissal with prejudice of American's counterclaims is not intended in any way to prejudice, bar, preclude, or waive any of American's rights and defenses and shall not in any way prejudice, bar, preclude, or waive any of American's rights and defenses with respect to Rothstein's claim against American in the event of any future appeal by Rothstein of the Court's summary judgment order in favor of American (Doc. 95).

Date: September 21, 2012    Respectfully submitted.

**STEVEN ROTHSTEIN**

By: /s/ Moneesh K. Bakshi
JSBARKATS PLLC
18 East 41st, 19th Floor
New York, New York 10017
Telephone: (646) 502-7001

**AMERICAN AIRLINES, INC.**

By: /s/ Austin W. Bartlett
ADLER MURPHY & McQUILLEN LLP
One North LaSalle Street, Suite 2300
Chicago, Illinois 60602
Telephone: (312) 345-0700

## **CERTIFICATE OF SERVICE**

      I, Austin W. Bartlett, an attorney, hereby certify that on September 21, 2012, I caused the foregoing **JOINT STIPULATION OF DISMISSAL** to be filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system which sent notification of such filing to all CM/ECF participants of record.

                                              By: /s/ Austin W. Bartlett
                                                      ADLER MURPHY & McQUILLEN LLP
                                                       One North LaSalle Street, Suite 2300
                                                       Chicago, Illinois 60602
                                                       Telephone: (312) 345-0700

                                                       *Attorneys for Defendant/Counter-Plaintiff,*
                                                       *American Airlines, Inc.*