# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEFING ORDER

January 16, 2014

| No.: 14-1057 | STEVEN ROTHSTEIN, Plaintiff - Appellant<br><br>v.<br><br>AMERICAN AIRLINES, INCORPORATED, Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:09-cv-02770<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall ||

This court has received notice from the district court that the appellant paid the required docketing fee.

Briefing will now proceed as follows:

1. The Appellant's brief of Steven Rothstein will be due by February 18, 2014 for 14-1057.

2. The Appellee's brief of American Airlines, Incorporated will be due by March 17, 2014 for 14-1057.

3. The Appellant's reply brief of Steven Rothstein, if any, will be due by March 31, 2014 for 14-1057.

NOTE:

Important Scheduling Notice!

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please

write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_DC_paymnt_br_order**(form ID: **191**)