## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### ORDER

July 18, 2014

CERTIFIED COPY
A True Copy
Teste:
_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

*Before*

ANN CLAIRE WILLIAMS, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| No.: 14-1057 | STEVEN ROTHSTEIN, Plaintiff - Appellant<br><br>v.<br><br>AMERICAN AIRLINES, INCORPORATED, Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:09-cv-02770<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall ||

The following are before the court:

1. **MOTION OF DEFENDANT-APPELLEE AMERICAN AIRLINES, INC. TO DISMISS APPEAL AS FRIVOLOUS, TO STRIKE THE JULY 16, 2014, DEADLINE FOR FILING OF APPELLEE'S BRIEF, AND TO STAY FURTHER BRIEFING**, filed on June 25, 2014, by counsel for the appellee.

2. **APPELLANT STEVEN ROTHSTEIN'S RESPONSE TO MOTION OF APPELLEE AMERICAN AIRLINES, INC. TO DISMISS APPEAL AS**

Page 2                                                                                   No. 14-1057

**FRIVOLOUS, TO STRIKE THE JULY 16, 2014 DEADLINE FOR FILING OF APPELLEE'S BRIEF, AND TO STAY FURTHER BRIEFING**, filed on July 8, 2014, by counsel for the appellant.

3.   **REPLY OF DEFENDANT-APPELLEE AMERICAN AIRLINES, INC. TO PLAINTIFF-APPELLANT STEVEN ROTHSTEIN'S RESPONSE TO AMERICAN AIRLINES, INC.'S MOTION TO DISMISS APPEAL AS FRIVOLOUS**, filed on July 15, 2014, by counsel for the appellee.

Steven Rothstein purchased a pass from American Airlines that entitled him and a companion to unlimited first-class travel for his lifetime. He filed a breach of contract suit after American terminated the pass, and he now appeals from the district court's decision to grant summary judgment in favor of American. American asks the court to summarily affirm the district court's judgment on grounds that Rothstein's appellate brief fails to cite legal authority as required under Federal Rule of Appellate Procedure 28(a)(8)(A). Further, American asserts that Rothstein's brief does not challenge the district court's conclusions that the contract between Rothstein and American could be terminated if American found that he had engaged in "fraudulent usage" of the pass, that the power to terminate the contract was not unconscionable, and that the undisputed facts demonstrate that American did not act in bad faith. We agree that Rothstein's brief does not challenge any of these conclusions on appeal. Accordingly,

**IT IS ORDERED** that the motion is **GRANTED** and the judgment of the district court is summarily **AFFIRMED**.

form name: **c7_Order_3J**(form ID: **177**)